# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EM 2015
:
Respondent :
:
:
:
:
v. :
:
:
:
YUWSHA ALWAN, :
:
Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 22nd day of June, 2015, as the Court of Common Pleas of Philadelphia County has granted Petitioner *nunc pro tunc relief*, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DISMISSED AS MOOT**. *See Commonwealth v. Alwan*, CP-51-CR-0012299-2011 (order dated 4/30/2015).